*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Pauline T Schulz ) Case No. 23–12797–mdc
)
)
Debtor(s). ) Chapter: 13
)
)

## Order Requiring Documents

   **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

   It is hereby ORDERED that:

   1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Means Test Calculation 122C–2 Due 10/2/23
      Plan Due 10/2/23
      Schedules AB–J Due 10/2/23
      Statement of Attorney Compensation Due 10/2/23
      Statement of Current Monthly Income (122C–1) Due 10/2/23
      Statement of Financial Affairs Due 10/2/23
      Summary of Assets and Liabilities Due 10/2/23

   2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 18, 2023                  By the Court

                                                                                                 Magdeline D. Coleman
                                                                                                 Chief Judge, United States Bankruptcy Court